Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
GHIDOTTI | BERGER LLP
1031 North Miami Beach Boulevard
North Miami Beach, FL 33162
Tel: (305) 501-2808
Fax: (954) 780-5578
bknotifications@ghidottiberger.com

Attorneys for Secured Creditor,
U.S. Bank Trust National Association, as Trustee of Chalet Series IV Trust

UNITED STATES BANKRUPTCY COURT

NORHTERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| In Re: | Chapter 13 |
| Rondle Johnson, Jr,, | BK Case No.: 21-12568 |
| Debtor. | WITHDRAWAL OF PROOF OF CLAIM FILED ON JANUARY 21, 2022 CLAIM #4 |

U.S. Bank Trust National Association, as Trustee of Chalet Series IV Trust, its Successors and Assigns, hereby withdraws its duplicate proof of claim filed on January 21, 2022 claim #4.

Dated: March 1, 2022        /s/Michelle Ghidotti
                            Attorney for U.S. Bank Trust National Association, as
                            Trustee of Chalet Series IV Trust

## **CERTIFICATE OF SERVICE**

On March 1, 2022, I served the foregoing documents described as Withdrawal of Proof of claim N0. 4 on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
**Veronica D Joyner**
vdjoyner@joynerlawoffice.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On March 1, 2022, I served the foregoing documents described as Withdrawal of Proof of claim N0. 4 on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
**Rondle Johnson, Jr.**
4155 W. Pauling Road
Monee, IL 60449

*Trustee*
**Glenn B Stearns**
801 Warrenville Road Suite 650
Lisle, IL 60532

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May